UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

THOMAS W. MAZZA,

                      Plaintiff,

    -against-

**CASE NO. 00-CV-6854(SJ)(MJP)**

**COGAN J.**
**POLLACK M.J.**

DISTRICT COUNCIL OF NEW YORK
AND VICINITY, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF
AMERICA,

                      Defendants.

-------------------------------------------------------x

THOMAS W. MAZZA,

                      Plaintiff,

**CASE NO. 01-CV-6002(SJ) (MJP)**

    -against-

ANTHONY SENECA and CARLO SENECA,
Conducting Business under the name of
C & A SENECA CONSTRUCTION,

                      Defendants.

-------------------------------------------------------x

## <u>PLAINTIFF'S PURPOSED VOIR DIRE QUESTIONS TO THE JURY</u>

Pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, plaintiff requests

that this Court supplement the questions it will ask prospective jurors in the above said

matter with the following questions:

    1.      Have you, or any member of your family ever been employed with a New

York City Agency? If so, who? If so, is this person currently employed with the same agency?

2.     Have you, or any member of your family ever been employed with a New York State Agency? If so, who? If so, is this person currently employed with the same agency?

3.     Have you, or any member of your family ever been employed with a Federal or government Agency? If so, who? If so, is this person currently employed with the same agency?

2.     Have you, or any member of your family, ever been a member of a union or labor organization? If so, what was the status or job title held? If so, is this person currently employed with the same union or labor organization?

3.     Do you, or any member of your family know any union or labor officials? If so, in what capacity do you or the family member know such union or labor official?

4.     Do you, or any member of your family know or is affiliated with Anthony Seneca? If so, in what capacity do you or the family member know or are affiliated with Anthony Seneca? If so, how long have you or this family member known or been affiliated with the Anthony Seneca?

5.     Do you, or any member of your family know or is affiliated with Carlo Seneca? If so, in what capacity do you or the family member know or are affiliated with Carlo Seneca? If so, how long have you or this family member known or been affiliated with the Carlo Seneca?

6.     Have you, or any member of your family, ever been involved in a lawsuit? If so, was this lawsuit a State or Federal action?

Was it a civil or criminal action?   If criminal, was there a conviction?
If civil, were you (or family member) a plaintiff or defendant?  Were there
money damages awarded?

7.	Do you believe that if someone who was convicted of a crime is incapable of telling the truth?

8.	 If you are currently employed, are you in a supervisory position?  If so, Are you responsible for hiring or firing or employee discipline?

9.	Have you, or any member of your family, or a friend, ever been involved in any action regarding employment and/or wrongful termination of employment?  If so, please provide a brief description, including the outcome.

Dated: Brooklyn, New York
September 12, 2008

Respectfully Submitted,

*Thomas W. Mazza*

Thomas W. Mazza
Plaintiff, *Pro Se*
208 Bethel Avenue
Staten Island, New York  10307
(718) 227-3879

TO:	*Via Facsimile - (718) 832-6501*
Attn: Gene M. Szuflita, Esq.
Belson & Szuflita

*Via Facsimile - (732) 225-3544*
Attn: Laurel A. Wedinger, Esq.
Barry,  McTiernan & Wedinger

*Via Facsimile  - 718-613-2365*
Honorable Magistrate Cheryl L. Pollack
United States District Court